| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Seymour Wasserstrum, Esq. SW2734<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on November 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Grant G. Cameron | Case No.: 18-28986<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: 11/20/18 @ 10:00 a.m.<br><br>Judge: ABA |

**ORDER:**

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(a) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: November 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Grant G. Cameron
**Case No:** 18-28986/ABA
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Seymour Wasserstrum, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Grant G. Cameron is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Yvonne M. Gale is authorized to appear at the 341(a) Hearing on behalf of Grant G. Cameron.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28986-ABA
Grant G. Cameron                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Nov 21, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db             +Grant G. Cameron,    63-65 East Ave,    Bridgeton, NJ 08302-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WF Victoria Grantor Trust 2016-3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    WF Victoria Grantor Trust 2016-3
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca J. Bertram    on behalf of Creditor    City of Bridgeton rebeccajbertram@gmail.com
              Seymour  Wasserstrum    on behalf of Debtor Grant G. Cameron mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7