Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18−28986−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grant G. Cameron
   63−65 East Ave
   Bridgeton, NJ 08302
Social Security No.:
   xxx−xx−7758
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 11, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-28986-ABA
Grant G. Cameron                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jul 12, 2019
                             Form ID: 148          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db              +Grant G. Cameron,    63-65 East Ave,   Bridgeton, NJ 08302-2127
cr              +City of Bridgeton,   c/o Bertram Law Office, L.L.C.,    56 Fayette Street,
                 Bridgeton, NJ 08302-2425
cr              +NATIONSTAR MORTGAGE LLC,    RAS Crane,   10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 DULUTH, GA 30097-8461
517773862        American Express,   PO Box 740640,   Atlanta, GA 30374-0640
517861468       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517871445       +Cit of Bridgeton Tax Office,    P.O. Box 257,   Bridgeton NJ 08302-0195
517773865       +City Of Bridgeton,    181 E Commerce St,    Tax collector,   Bridgeton, NJ 08302-2623
517773866       +Diversified Consultants,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
517773870       +Mr. Cooper,    8950 Cypress Waters Blvd.,    RE: Nationstar,    Coppell, TX 75019-4620
517858798       +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,   PO Box 619096,
                 Dallas TX 75261-9096
517773871        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517773872       +Ras Citron Law Offices,    91 Clinton Rd, Ste 2A,    Fairfield, NJ 07004-2917
517773874        SLS Mortgage,   P.O. Box 636005,    Littleton, CA 80163-6005
517773876       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517831418       +WF Victoria Grantor Trust 2016-3,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517773877       +Zwicker & Associates,    1105 Laurel Oak ROad.,    Suite 136,   Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:45    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517817617        EDI: BECKLEE.COM Jul 12 2019 07:48:00    American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517773863        EDI: BANKAMER2.COM Jul 12 2019 07:48:00    Bank Of America,    PO Box 7047,
                 Dover, DE 19903-7047
517773864        EDI: CAPITALONE.COM Jul 12 2019 07:48:00    Capital One Bank,    PO Box 85015,
                 Richmond, VA 23285
517855428        EDI: CAPITALONE.COM Jul 12 2019 07:48:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517903944       +EDI: CITICORP.COM Jul 12 2019 07:48:00    Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,   Sioux Falls, SD 57104-0493
517773869       +EDI: IRS.COM Jul 12 2019 07:48:00    IRS,   1601 Market St,   Philadelphia, PA 19103-2301
517773875        EDI: NEXTEL.COM Jul 12 2019 07:48:00    Sprint,   P.O. Box 219718,
                 Kansas City, MO 64121-9718
517773873        EDI: SEARS.COM Jul 12 2019 07:48:00    Sears/CBNA,   133200 Smith Road,   Cleveland, OH 44130
517887492       +EDI: AIS.COM Jul 12 2019 07:58:00    Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773867*       IRS,   PO Box 7344,   Springfield, NJ 07081-0744
517773868*       IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    WF Victoria Grantor Trust 2016-3
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Harold N. Kaplan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC hkaplan@rasnj.com,
       informationathnk@aol.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    WF Victoria Grantor Trust 2016-3
       kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Rebecca J. Bertram    on behalf of Creditor    City of Bridgeton rebeccajbertram@gmail.com
      Seymour  Wasserstrum    on behalf of Debtor Grant G. Cameron mylawyer7@aol.com,  ecf@seymourlaw.net
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                        TOTAL: 8